(122 So. 469)

## MULLINS–LAMBERT GIN CO. v. T. L. RENEAU. (5 Div. 15.)

Supreme Court of Alabama. March 28, 1929.

Rehearing Denied May 30, 1929.

Huddleston & Glover, of Wetumpka, and Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for petitioner.

Melton & Melton, of Dadeville, and Oakley W. Melton, of Wetumpka, opposed.

THOMAS, J. Petition of the Mullins-Lambert Gin Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Mullins-Lambert Gin Co. v. Reneau, 122 So. 467.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.